**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-2431

SUSAN NEAL MATOUSEK,

       Plaintiff - Appellant,

    v.

YMCA; CAPTAIN YOUNG; MS. SANDERS; MS. APARICIO,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:18-cv-00596-RAJ-LRL)

Submitted:  January 22, 2019                Decided:  January 24, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Susan Neal Matousek, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Neal Matousek appeals the district court's order dismissing her civil action for improper venue and declining to transfer it to another district. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Matousek's informal brief does not challenge the bases for the district court's dispositions, Matousek has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*